JOHN SULLIVAN *v.* THOMAS THORNDIKE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 104 Conn. App. 297 (AC 27339), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Robert H. Boynton*, in support of the petition.

*Jason L. Musante*, in opposition.

Decided January 4, 2008

STATE OF CONNECTICUT *v.* NAZRA MUNGROO

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 668 (AC 27603), is denied.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided January 4, 2008

BERNADETTA KACZYNSKI *v.* DARIUSZ KACZYNSKI

The defendant's petition for certification for appeal from the Appellate Court (AC 28077) is dismissed.

*William F. Gallagher*, in support of the petition.

*Richard C. Stewart*, in opposition.

Decided January 4, 2008